John R. Keough, III (JK 6013)
John R. Foster (JF 3635)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for the Plaintiff
111 Broadway, 4th Floor
New York, New York 10006
Telephone: (212) 227-3550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KNIGHT INTERNATIONAL CORP.,

      Plaintiff,

 -against-

DCI, INC., f/k/a DESIGN CONTEMPTO INC.,

      Defendant.
-------------------------------------------------------X

ECF

07-CV-11057 (TPG)

**RULE 7.1 DISCLOSURE**

   Pursuant to F.R.Civ.P. 7.1, the Plaintiff, Knight International Corp., identifies the following as a publicly-held parent corporation or a publicly-held corporation owning 10% or more of Plaintiff's stock:

            NONE.

Dated: New York, New York
   December 6, 2007

           WAESCHE, SHEINBAUM & O'REGAN, P.C.
           Attorneys for Plaintiff

           By: _____
            John R. Keough, III (JK 6013)
            John R. Foster (JF 3635)
            111 Broadway, 4th Floor
            New York, New York 10006
            (212) 227-3550