WAESCHE, SHEINBAUM & O'REGAN, P.C.
Attorneys for the Plaintiff
111 Broadway, 4th Floor
New York, New York 10006
Telephone: (212) 227-3550
John R. Keough, III (JK6013)
John R. Foster (JF3635)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

KNIGHT INTERNATIONAL CORP.,

Plaintiff,

07 Civ. 11057 (TPG)

-against-

DCI INC., f/k/a DESIGN CONTEMPO INC.,

Defendant.

PROOF OF SERVICE OF SUMMONS ON DEFENDANT

Knight International, et. al., Plaintiff(s)
vs.
DCI Inc, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 087366-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--DCI, Inc, serving Henry Kober
Court Case No. 07 Civ. 11057 (TPG)

WAESCHE, SHEINBAUM & O'REGAN
Mr. John R. Foster
111 Broadway
New York, NY 10006-1991

State of: _New Hampshire_ ) ss.
County of: _GRAFTON_ )
Name of Server: _Jonathan Farnsworth_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _22nd_ day of _January_, 20 _08_, at _1:40_ o'clock _P_ M

Place of Service: at _265 South Main Street_, in _Lisbon, NH 03585_

Documents Served: the undersigned served the documents described as:
**Summons and Complaint**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**DCI, Inc, serving Henry Kober**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Michael Counter, Controller_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair _No_
Approx. Age _42_ ; Approx. Height _6 ft_ ; Approx. Weight _190_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _22_ day of _January_, 20 _08_

Notary Public   (Commission Expires)
_02/10/2011_

APS International, Ltd.

THOMAS DEMERS
Notary Public
VERMONT